FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN -6 AM 10: 03

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES EDWARD JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-136 |
| | ) | |
| WILLIAM M. FLEMING, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Defendant.

SO ORDERED this 6th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has filed a motion to withdraw his complaint. Doc. 11. Because the Court adopts the Magistrate Judge's Recommendation that the complaint be dismissed, and because Plaintiff previously was advised of the costs and potential consequences of pursuing a Section 1983 claim and still elected to proceed with his claim, Docs. 3, 5-6, Plaintiff's motion to withdraw, Doc. 11, is **DENIED** as moot.